# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, MASSACHUSETTS CHAPTER OF AMERICAN ACADEMY OF PEDIATRICS, INC., AMERICAN CANCER SOCIETY, INC., AMERICAN CANCER SOCIETY ACTION NETWORK, INC., AMERICAN HEART ASSOCIATION, INC., AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO-FREE KIDS, TRUTH INITIATIVE FOUNDATION D/B/A TRUTH INITIATIVE, DR. TED KREMER, DR. JONATHAN WINICKOFF AND DR. LYNDA YOUNG<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION<br><br>Defendant. | Civil Action No. 16-cv-11985 (IT) |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, the United States Food and Drug Administration, hereby appeals to the United States Court of Appeals for the First Circuit from the March 5, 2019, order granting injunctive relief (Dkt. No. 56), as amended by the March 21, 2019, order granting partial reconsideration under Fed. R. Civ. P. 59(e) (Dkt. No. 59); and from all prior orders that merged with the March 5, 2019, order granting injunctive relief.

| | |
|---|---|
| Dated:  May 20, 2019 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | GUSTAV W. EYLER, Director<br>ANDREW C. CLARK, Assistant Director<br>Consumer Protection Branch |
| |    /s/ Daniel K. Crane-Hirsch<br>DANIEL K. CRANE-HIRSCH, BBO #643302<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice, Civil Division<br>P.O. Box 386<br>Washington, D.C. 20044-0386<br>Telephone: 202-616-8242<br>Fax: 202-514-8742<br>Daniel.Crane-Hirsch@usdoj.gov |

Of Counsel:

ROBERT P. CHARROW
General Counsel
U.S. Department of Health and Human Services

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services

PERHAM GORJI
Deputy Chief Counsel, Litigation

SUSAN WILLIAMS
Associate Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on today's date.

    /s/ Daniel K. Crane-Hirsch
    May 20, 2019