UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS et al.,<br><div align="right">Plaintiffs,</div><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><div align="right">Defendant.</div> | Civil Action No. 16-cv-11985-IT |

**JOINT REPORT ON ENTRY OF FINAL JUDGMENT**

On January 23, 2020, this Court ordered counsel to submit a joint report setting forth any remaining issues that need to be addressed before a final judgment is entered in this action [#66]. Counsel for the plaintiffs and for the defendant United States Food and Drug Administration ("FDA") have conferred, but they were unable to agree upon the answer to the Court's question. Accordingly, after setting forth an agreed-upon statement of the procedural context, each side offers a separate response to the Court's inquiry.

**Procedural Context.**  The Court's March 5, 2019 Order [#56] recited the Court's earlier determination that FDA had "unlawfully withheld" and "unreasonably delayed" agency action, and that pursuant to the Administrative Procedure Act, 5 U.S.C. § 706(1), the Court was obliged to compel agency action [#56 at 2, citing Mem. & Order [#50] at 2, 15].  As subsequently amended on March 21, 2019 [#59], the Court's March 5, 2019 Order [#56] enjoined FDA to complete a pending study by May 16, 2019, to submit a notice of proposed rulemaking for publication in the Federal Register by August 15, 2019, and to submit a final rule for publication in the Federal Register by March 15, 2020.  FDA met the first two deadlines, *see Tobacco*

*Products; Required Warnings for Cigarette Packages and Advertisements*, 84 Fed. Reg. 42754-01 (Aug. 16, 2019), and FDA has likewise advised the plaintiffs that it expects to meet the remaining deadline of March 15, 2020.

**Plaintiffs' Position.**  It is the plaintiffs' position that there are no remaining issues that need to be addressed before a final judgment is entered in this action.  If FDA submits its final rule for publication by March 15, 2020 as previously ordered by the Court, the only remaining matter that may come before this Court is a post-judgment motion for attorneys' fees by the plaintiffs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(b).  If FDA fails to meet the March 15, 2020 deadline for submission of its final rule for publication in the Federal Register, the plaintiffs can be expected to move for an enforcement order by this Court.  Neither of these potential future issues needs to be addressed before final judgment is entered.  The EAJA, in fact, contemplates that motions for fees will be submitted *after* entry of judgment. *See* 28 U.S.C. § 2412(d)(1)(B).  If the Court determines that final judgment should be entered at this juncture, the plaintiffs stand ready to submit a proposed form of final judgment for the Court's consideration.

**FDA's Position.**  FDA respectfully suggests that the Court maintain the status quo for the several weeks that remain under the order of injunction, to allow for the possibility that something unexpected might arise and a party might need to address the Court.  (As stated above, FDA continues to anticipate meeting the March 15, 2020, deadline.)  FDA does not oppose administrative closure of this case should the Court decide to do so in the interim.

January 30, 2020

Respectfully submitted,

**For the Plaintiffs**

 /s/ Scott P. Lewis
Scott P. Lewis (BBO #298740)
Jessica A. Wall (BBO #689177)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
617-621-6500
slewis@andersonkreiger.com

Dennis A. Henigan (*pro hac vice*)
CAMPAIGN FOR TOBACCO-FREE KIDS
1400 I (Eye) Street, N.W., Suite 1200
Washington, DC  20005
202-296-5469
dhenigan@tobaccofreekids.org

**For Defendant**

JOSEPH H. HUNT
Assistant Attorney General

GUSTAV W. EYLER, Acting Director
ANDREW C. CLARK
Assistant Director, Consumer Protection Branch

/s/ Daniel K. Crane-Hirsch
DANIEL K. CRANE-HIRSCH, BBO #643302
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
P.O. Box 386
Washington, D.C. 20044-0386
Telephone: 202-616-8242
Fax: 202-514-8742
Daniel.Crane-Hirsch@usdoj.gov

Of Counsel:
ROBERT P. CHARROW
General Counsel
U.S. Department of Health and Human Services

STACY CLINE AMIN
Chief Counsel

Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services

PERHAM GORJI
Deputy Chief Counsel, Litigation

SUSAN WILLIAMS
Associate Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

Certificate of Service

I hereby certify that this document filed through the ECF system was sent electronically to all counsel of record on January 30, 2020.

 /s/ Jessica A. Wall