# United States Court of Appeals
## For the First Circuit

_____

No. 19-1507

AMERICAN ACADEMY OF PEDIATRICS; MASSACHUSETTS CHAPTER OF AMERICAN ACADEMY OF PEDIATRICS, INC.; AMERICAN CANCER SOCIETY, INC.; AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, INC.; AMERICAN HEART ASSOCIATION, INC.; AMERICAN LUNG ASSOCIATION; CAMPAIGN FOR TOBACCO-FREE KIDS; TRUTH INITIATIVE FOUNDATION, d/b/a Truth Initiative; DR. TED KREMER; DR. JONATHAN WINICKOFF; DR. LYNDA YOUNG,

Plaintiffs - Appellees,

v.

UNITED STATES FOOD & DRUG ADMINISTRATION,

Defendant - Appellant.

_____

**JUDGMENT**

Entered: April 29, 2020
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

                                         By the Court:

                                         Maria R. Hamilton, Clerk

cc:
Mark B. Stern
Donald Campbell Lockhart
Alisa Beth Klein
Jennifer Utrecht
Daniel Kadane Crane-Hirsch
Scott P. Lewis